UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X    PARTIAL
T-MOBILE USA, INC., a Delaware                             JUDGMENT
Corporation,                                               12-CV- 0549 (DLI)

               Plaintiff,

   -against-

JASCO TRADING, INC., a New York
corporation, ALAN SAVDIE, individually,
CELLS2SELL CORP., an inactive New York
corporation, and ANDREW EHRENPREIS,
individually,

               Defendants.
-----------------------------------------------------X

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on April 22, 2013, approving the Stipulation of Entry of Final Judgment and Permanent Injunction against Defendants Jasco Trading, Inc. and Alan Savdie; dismissing the action with prejudice as to Defendants Jasco Trading, Inc. and Alan Savdie only; and directing the Clerk of Court to enter judgment against Defendants Jasco Trading, Inc. and Alan Savdie only as set forth in the proposed Final Judgment and Permanent Injunction filed by the parties; it is

      ORDERED and ADJUDGED that the Stipulation for Entry of Final Judgment and Permanent Injunction against Defendants Jasco Trading, Inc. and Alan Savdie is hereby approved; that the action is dismissed without prejudice as to Defendants Jasco Trading, Inc. and Alan Savdie only; and that judgment is hereby entered against Defendants Jasco Trading, Inc. and Alan Savdie only as set forth in the Proposed Final Judgment and Permanent Injunction filed by the parties and approved by the Court.

Dated: Brooklyn, New York                                  Douglas C. Palmer
      April 26, 2013                                          Clerk of Court

                                              by:    */s/ Janet Hamilton*
                                                       Deputy Clerk

See attached: Final Judgment and
               Permanent Injunction