Case 1:12-cv-05049-DLI-LB   Document 41   Filed 09/06/13   Page 1 of 2 PageID #: 442   Docket + Return

Case 1:12-cv-05049-DLI-LB   Document 40   Filed 08/06/13   Page 3 of 12 PageID #: 432
Case 1:12-cv-05049-DLI-LB   Document 39   Filed 08/06/13   Page 1 of 2 PageID #: 420

**EXHIBIT 1**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

T-MOBILE USA, INC., a Delaware
Corporation,

       Plaintiff,

v.

JASCO TRADING INC., a New York
corporation, ANDREW EHRENPREIS,
individually, CELLS2SELL CORP., an
inactive New York corporation, and
ANDREW EHRENPREIS, individually,

       Defendants.
-----------------------------------------------------------x

**STIPULATION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS CELLS2SELL CORP. AND ANDREW EHRENPREIS**

CASE NO. 1:12-cv-05049-DLI-LB

**JURY TRIAL DEMANDED**

Plaintiff T-Mobile USA, Inc. ("T-Mobile"), and Defendants Cells2Sell Corp. and Andrew Ehrenpreis (collectively, the "Defendants") hereby stipulate and agree to the entry of the Final Judgment and Permanent Injunction Against Defendants, filed with this stipulation in the form attached hereto at **Exhibit A**.

Dated: _____, 2013.

/s/ Gail Podolsky

Brian Rosner (BR4306)
Email: brosner@carltonfields.com
**CARLTON FIELDS, P.A**
26 Broadway, 22nd Floor
New York, New York 10004
(212) 785-2577
(212) 785-5203 (fax)

James B. Baldinger (admitted *pro hac vice*)
Florida Bar No. 869899
Email: jbaldinger@carltonfields.com
Stacey K. Sutton (admitted *pro hac vice*)
Florida Bar No. 270334
Email: ssutton@carltonfields.com

/s/ David A. Kaplan

David A. Kaplan
225 West 25th Street, Apt. #6-F
New York, NY 10001
(917) 208-2105
Email: davekaplannyc@aol.com

*Attorney for Defendants Cells2Sell Corp. and Andrew Ehrenpreis*

26722255.4

Case 1:12-cv-05049-DLI-LB   Document 41   Filed 09/06/13   Page 2 of 2 PageID #: 443

Case 1:12-cv-05049-DLI-LB   Document 40   Filed 08/06/13   Page 4 of 12 PageID #: 433
Case 1:12-cv-05049-DLI-LB   Document 39   Filed 08/06/13   Page 2 of 2 PageID #: 421

**CARLTON FIELDS, P.A**
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
(561) 659-7070
(561) 659-7368 (fax)

Gail Podolsky (admitted *pro hac vice*)
Georgia Bar No. 142021
Email: gpodolsky@carltonfields.com
**CARLTON FIELDS, P.A**
One Atlantic Center, Suite 3000
1201 West Peachtree Street
Atlanta, Georgia 30309-3455
(404) 815-3400
(404) 815-3415 (fax)

*Attorneys for T-Mobile USA, Inc.*